IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 26 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01615-PAB

JOSEPH HOLT,

    Plaintiff,
v.

J. SHOEMAKER,
DR. FRANZE,
DR. FISHCLE-PENA,
JOICE CHRUN,
DR. JOSEPH WERMERS,
DR. KATHY MCBRIDE,
SRG. BUENA VIDA,
OFFICER DEGROOT,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED October 25, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01615-PAB-MEH

Joseph Holt
Prisoner No. 53996
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

J. Shoemaker, Dr. Franze, Dr. Fishcle-Pena,
Joice Chrun, Dr. Joseph Wermers, Dr. Kathy McBride,
Sgt. Buena Vida, and Officer DeGroot - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

James Quinn, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process for J. Shoemaker, Dr. Franze, Dr. Fishcle-Pena, Joice Chrun, Dr. Joseph Wermers, Dr. Kathy McBride, Sgt. Buena Vida, and Officer DeGroot: AMENDED COMPLAINT FILED 10/20/11, ORDER FILED 10/20/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on October 26, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk