IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01615-PAB-MEH

JOSEPH HOLT,

    Plaintiff,

v.

J. SHOEMAKER,
DR. FRANZE,
DR. FISHdePENA,
JOICE CHRUNK,
DR. JOSEPH WERMERS,
DR. KATHY MCBRIDE,
SRG. BUENA VIDA, and
OFFICER DEGROOT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 22, 2011.**

    Defendants' Motion to Amend Case Caption [filed December 19, 2011; docket #25] is **denied without prejudice**. Although Defendants are not required to confer with Plaintiff under D.C. Colo. LCivR 7.1A, the Court declines to amend the caption without Plaintiff's position on the proposed change.  The Court will continue to rely on the amended complaint for the proper identity of Defendants until the Court receives notice from Plaintiff indicating otherwise.