IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01615-PAB-MEH

JOSEPH HOLT,

     Plaintiff,

v.

JOICE CHRUNK,
DR. JOSEPH WERMERS, and
DR. KATHY MCBRIDE,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2012.**

Before the Court is a letter from Plaintiff [filed February 24, 2012; docket #42] which the Court construes as a Motion to Clarify and for a Continuance.  In particular, Plaintiff requests clarification as to "why [he] is only suing Joyce Crunk[1]" and "a continuance for at leat (sic) 1 month." (Docket #42.)  Plaintiff's Motion is **granted in part** and **denied in part** as follows.

Although the Court will not provide legal advice to any party, the Court will confirm that Defendant Wermers has been served [docket #41] and that the address of Defendant McBride remains unknown [docket #16].  Thus, as the Court reads the Amended Complaint and current docket, Plaintiff's claims against Defendants Wermers and McBride are still pending. (*See* docket #13.)

With respect to Plaintiff's request for a continuance, Plaintiff has not described with sufficient particularity the matter or deadline for which he seeks a continuance.  Because the nature of the requested continuance is unclear, the Court declines to afford any such relief at this time.

---

[1]"Joyce Crunk" is named in the Amended Complaint as Joice Chrunk. (Docket #13.)