IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01615-PAB-MEH

JOSEPH HOLT,

    Plaintiff,

v.

DR. KATHY MCBRIDE,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Letter Regarding Dismissal of Parties [Docket No. 64] filed by plaintiff Joseph Holt.  Mr. Holt's letter indicates that he received no order regarding his objections [Docket No. 53] to the magistrate judge's Recommendation [Docket No. 51] that defendant Joseph Wermers be dismissed from the case, but learned "in a letter" that all defendants had been dismissed.  As a result, Mr. Holt was justifiably concerned.

On January 29, 2013, the Court accepted the Recommendation to dismiss Dr. Wermers [Docket No. 60].  However, due to a clerical error, Mr. Holt did not receive the copy of the Court's order accepting the magistrate judge's Recommendation.  On February 11, 2013, a new copy of the Court's order accepting the Recommendation was mailed to plaintiff.  Docket No. 63.

On January 29, 2013, the Court also issued an Order to Show Cause [Docket No. 61] requiring that Mr. Holt show cause why this case should not be dismissed for his failure to serve the last remaining defendant, Dr. Kathy McBride.  Unlike the order

accepting the Recommendation [Docket No. 60], the order to show cause, which was mailed on the same day, was not returned. Moreover, it appears that this order, which notes that plaintiff's claims against the other named defendants in this action have all been dismissed, provided notice to plaintiff that Dr. Wermers had been dismissed. Given that Mr. Holt has not filed a response to the order to show cause regarding service on Dr. McBride, the Court will dismiss his claims against Dr. Kathy McBride without prejudice pursuant to Fed. R. Civ. P. 4(m). Plaintiff will need to follow the appropriate rules to file his appeal to this Court's dismissal of Dr. Wermers.

Accordingly, it is

**ORDERED** that defendant Dr. Kathy McBride is dismissed without prejudice. It is further

**ORDERED** that this case shall be dismissed in its entirety.

DATED February 14, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge