# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01615-PAB-MEH

JOSEPH HOLT,

    Plaintiff,

v.

DR. KATHY MCBRIDE,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    I.    Pursuant to the Order [Docket No. 52] of Judge Philip A. Brimmer entered on May 29, 2012 it is

ORDERED that the CDOC Defendants' Motion to Dismiss is granted. Plaintiff's claims against defendant Joice Chrunk are dismissed.

    II.    Pursuant to the Order [Docket No. 60] of Judge Philip A. Brimmer entered on Jan. 29, 2013, it is

ORDERED that the Recommendation of United States Magistrate Judge is accepted. Defendant Dr. Joseph Wermers' Motion to Dismiss is granted. Defendant Dr. Joseph Wermers is dismissed from this case.

    IIII.    Pursuant to the Order [Docket No. 66] of Judge Philip A. Brimmer entered on Feb. 14, 2013, it is

ORDERED that Defendant Dr. Kathy McBride is dismissed without prejudice.

This case is dismissed in its entirety.

Dated at Denver, Colorado this 15th day of February, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk